# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LOUIS SCOTT JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 03-1723 (ESH) |
| ) | |
| JOHN ASHCROFT, Attorney General, ) | |
| United States Department of Justice, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER

For the reasons given in the attached Memorandum Opinion, it is hereby

**ORDERED** that defendants' Motion to Dismiss is **DENIED** as to lack of subject matter jurisdiction and as to plaintiff's failure to exhaust administrative remedies with respect to his disparate impact claim; and it is

**FURTHER ORDERED** that defendant's Motion to Dismiss is **GRANTED** and plaintiff's complaint is dismissed without prejudice for failure to exhaust administrative time requirements.

**SO ORDERED.**


ELLEN SEGAL HUVELLE
United States District Judge

Dated: